September 19, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

LINDA FERREIRA, Appellant

NO. 14-16-00648-CV                        V.

DOUGLAS W. BUTLER AND DEBRA L. BUTLER, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Douglas W. Butler and Debra L. Butler, signed June 28, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Linda Ferreira, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.